UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARET CACCIAMANI<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS PHARMA STEIN A.G.,<br><br>　　　　　　Defendants. | Civil Action No.:<br>1:08-cv-04304-JG-RER<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that David E. Richman, a partner associated with the law firm Rivkin Radler LLP, hereby enters an appearance in the above-captioned action on behalf of defendant, NOVARTIS PHARMACEUTICALS CORPORATION.  As such, kindly direct all communications on this matter to the undersigned attorney.  I certify that I am admitted to practice in this court.

Dated: Uniondale, NY
　　　　April 3, 2014

　　　　　　　　　　　　　　　　　　　　　By:　　s/ David E. Richman
　　　　　　　　　　　　　　　　　　　　　　　　DAVID E. RICHMAN (DR-5297)
　　　　　　　　　　　　　　　　　　　　　　　　(david.richman@rivkin.com)
　　　　　　　　　　　　　　　　　　　　　　　　RIVKIN RADLER LLP
　　　　　　　　　　　　　　　　　　　　　　　　926 RXR Plaza
　　　　　　　　　　　　　　　　　　　　　　　　Uniondale, New York 11556-0111
　　　　　　　　　　　　　　　　　　　　　　　　(516) 357-3120

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　*Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2014, a true and correct copy of Defendant, Novartis Pharmaceutical Corp.'s Notice of Appearance was filed electronically and served in accordance with the Eastern District's Rules on Electronic Service upon all parties and participants.

By: s/ David E. Richman
David E. Richman, Esq. (DR-5297)