# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARGARET CACCIAMANI,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　　　Defendant. | Civil Action No.:<br>1:08-cv-04304-JG-RER<br><br>**ADMISSION TO PRACTICE**<br>*PRO HAC VICE* |

　　　　The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Katharine R. Latimer, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant, Novartis Pharmaceuticals Corporation.

　　　　This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated: _____

City, State: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

cc:　　*Pro Hac Vice* Attorney
　　　　Court File